

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Honorable Kelly Cross, Judge Presiding

# O R D E R

The appellant's Unopposed Motion to Abate and for Leave to File Second Amended Brief is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court